DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**S.G.,** the Mother,
Appellant,

v.

**STATE OF FLORIDA, DEPARTMENT OF CHILDREN AND FAMILIES,**
Appellee.

No. 4D22-1730

[January 19, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jose Izquierdo, Judge; L.T. Case No. 14-005292 CJ-DP.

Roger Ally of the Law Offices of Roger Ally, P.A., Hollywood, for appellant.

Carolyn Schwarz, Children's Legal Services, Fort Lauderdale, for appellee.

Glen P. Gifford, Statewide Guardian Ad Litem Office, Defending Best Interests Project, Tallahassee, and Sara Elizabeth Goldfarb, Statewide Director of Appeals, Statewide Guardian Ad Litem Office, Tallahassee, for Guardian Ad Litem Program.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***